UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,  )
                   )  2:09-CV-03590-GEB-KJM
       Plaintiff,  )
                   )
   v.              )  ORDER CONTINUING STATUS
                   )  (PRETRIAL SCHEDULING)
GEORGE KARADANIS PARTNERSHIP,  )  CONFERENCE AND RULE 4(M)
                   )  NOTICE
       Defendant.  )
_____)

Plaintiff's Status Report filed April 9, 2010, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference set for April 26, 2010, is continued July 12, 2010, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the status conference.[1]

Further, Plaintiff is **notified under Rule 4(m)** of the Federal Rules of Civil Procedure **that if George Karadanis Partnership is not served with process within the 120 day period prescribed in that Rule, it may be dismissed as a defendant in this action unless**

//

//

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

**Plaintiff provides proof of service or "shows good cause for the failure" to serve within this prescribed period in a filing due no later than 4:00 p.m. on April 29, 2010.**

IT IS SO ORDERED.

Dated: April 22, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge