IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    v.<br><br>George Karadanis Partnership,<br><br>        Defendant. | 2:09-cv-03590-GEB-CMK<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

        Plaintiff filed a "Notice of Settlement" on March 8, 2011, in which he states, "the parties have settled this action[, and d]ispositional documents will be filed within (30) calendar days." (ECF No. 14.)

        Therefore, a dispositional document shall be filed no later than April 8, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        IT IS SO ORDERED.

Dated:  March 9, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1